IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00467-RPM

ELSA KIDANE ABRAHA,

    Plaintiff,

v.

SAFECO INSURANCE COMPANY OF AMERICA,

    Defendant.

---

ORDER TO COMPLY WITH D.C.COLO.LCivR 7.2

---

The Court has signed a Protective Order for the confidentiality of certain information in this case. The order does not expressly provide for compliance with D.C.COLO.LCivR 7.2 in court filings. It is

ORDERED, that in all court filings, counsel shall comply with D.C.COLO.LCivR 7.2 as to any information to be submitted under restriction based on the Protective Order.

Dated: August 20th, 2013

                          BY THE COURT:

                          s/Richard P. Matsch
                          _____
                          Richard P. Matsch, Senior District Judge