IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00467-RPM

ELSA KIDANE ABRAHA,

    Plaintiff,

v.

SAFECO INSURANCE COMPANY OF AMERICA,

    Defendant.

___

ORDER FOR DISMISSAL
___

    Pursuant to the Stipulation for Dismissal with Prejudice [23] filed today, it is

    ORDERED that this action is dismissed with prejudice, each party to pay their own attorneys' fees and costs.

    Dated: November 6th, 2013

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior District Judge